<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 02-1753**

———————

JACQUELINE GERDA DAVIES,

                                        Petitioner,

          versus

U. S. IMMIGRATION & NATURALIZATION SERVICE,

                                        Respondent.

———————

On Petition for Review of an Order of the Board of Immigration Appeals. (A27-916-916)

———————

Submitted: January 31, 2003          Decided: April 9, 2003

———————

Before WILKINS, Chief Judge, and MOTZ and KING, Circuit Judges.

———————

Petition denied by unpublished per curiam opinion.

———————

Randall L. Johnson, JOHNSON & ASSOCIATES, P.C., Arlington, Virginia, for Petitioner. Robert D. McCallum, Jr., Assistant Attorney General, Civil Division, David V. Bernal, Assistant Director, Mary Jane Candaux, Office of Immigration Litigation, UNITED STATES DEPARTMENT OF JUSTICE, Washington, D.C., for Respondent.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Jacqueline Gerda Davies, a native and citizen of Sierra Leone, seeks review of a final order of the Board of Immigration Appeals ("Board") denying her claims for suspension of deportation and voluntary departure and ordering her deported. We find that substantial evidence supports the Board's decision that Davies' failure to notify the INS of address changes was willful and not reasonably excusable. We further find we are without jurisdiction to review the Board's discretionary decision that Davies was ineligible for suspension of deportation or voluntary removal. Okpa v. INS, 266 F.3d 313, 317 (4th Cir. 2001). Finally, we find substantial evidence supports the Board's finding that Davies did not establish good moral character.

Therefore, we deny Davies' petition for review. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED

2